UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

---

ANDRE AND KATHLEEN ST. LAURENT,

       Plaintiffs,

v.

                                            Case No. C-04-14-SM

METSO MINERALS INDUSTRIES, INC.,
AND WHITNEY & SON INCORPORATED,

       Defendants,

And

WHITNEY & SON INCORPORATED

       Third-Party Plaintiff,

v.

PIKE INDUSTRIES, INC.

       Third-Party Defendant

---

### ORDER FOR DISMISSAL

---

### ORDER

Upon reviewing the foregoing Stipulation, it is hereby **ORDERED** that all parties' accured or unaccrued claims, whether alleged in the Complaint or arising out of the occurrence described therein, are hereby voluntarily dismissed and extinguished, on the merits, with prejudice and without costs to any party.

Dated this __27th__ day of December, 2005.

                                                   **BY THE COURT:**

                                                   /s/ Steven J. McAuliffe
                                                   United States District Court Judge

QBMKE\5829293.1